IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                          Case No. 3:12cv114/MCR/CJK

KOTTEMANN LAW FIRM PLLC,
et al.,
        Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon defendant Timothy Kottemann's suggestion of bankruptcy and motion to stay. (Doc. 52). The United States has also filed a suggestion of bankruptcy (doc. 53) and motion to stay (doc. 54). Pursuant to 11 U.S.C. § 362, this case should be stayed until the bankruptcy court grants relief from the automatic stay.

Accordingly, it is respectfully RECOMMENDED:

1. That the parties' motions to stay (docs. 52, 54) be GRANTED and this case STAYED until further order.

2. That the Clerk be directed to administratively close the file.

At Pensacola, Florida, this 2nd day of May, 2013.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

<u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).