IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.        Case No. 3:12cv114/MCR/CJK

KOTTEMANN LAW FIRM PLLC,
et al.,
    Defendants.
_____

## O R D E R

Pending before the court is the Report and Recommendation of the Magistrate Judge filed on May 2, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B). No objections have been filed. After reviewing the Recommendation, and the record the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The parties' motions to stay on suggestion of bankruptcy (docs. 52 & 54) are GRANTED and this case is STAYED until further order.

3.    The clerk is directed to administratively close the file.

DONE AND ORDERED this 31st day of May, 2013.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE